IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| RICKY MANDERS; EDDIE GEIGER; DENNIS SHAFFER; AUSTIN ORR; and DERRICK TOLBERT,<br><br>    Plaintiffs,<br><br>v.<br><br>CAPTAIN DANIELS, et al.,<br><br>    Defendants. | CV 125-181 |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, as modified herein, **DISMISSES** without prejudice the above-captioned case, **DIRECTS** the Clerk to file and docket this Order and the instant complaint in separate civil actions for each Plaintiff, with the same filing date but five separate case numbers. The Court further **DIRECTS** the Clerk to file Plaintiff Manders's *in forma pauperis* ("IFP") motion in the new case opened in his name.

Upon opening the five new cases, each Plaintiff shall have fourteen days to submit a new complaint, to be filed in their respective new cases, that is limited in scope to only those claims and Defendants relevant to each of them individually. Plaintiffs Geiger, Shaffer, Orr,

and Tolbert must also submit their own motions to proceed IFP within fourteen days of the date the Clerk opens the respective new cases. The Court **DIRECTS** the **CLERK** to provide each Plaintiff a standard form complaint used by incarcerated litigants in the Southern District of Georgia, stamped with each respective new case number and Plaintiff's name but otherwise blank so that each Plaintiff can list the Defendants he intends to sue. The Court further **DIRECTS** the **CLERK** to provide Plaintiffs Geiger, Shaffer, Orr, and Tolbert the appropriate blank IFP forms, stamped with each respective new case number and Plaintiff's name. Failure by any Plaintiff to timely submit the documents outlined herein shall result in dismissal of the newly opened case.

SO ORDERED this 30th day of September, 2025, at Augusta, Georgia.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA