AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

RICKY MANDERS; EDDIE GEIGER;
DENNIS SHAFFER; AUSTIN ORR; and
DERRICK TOLBERT,

    Plaintiffs,

v.

CAPTAIN DANIELS, et al.

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 125-181

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated September 30, 2025, the Magistrate Judge's Report and Recommendation is adopted as the Court's opinion; therefore, this case is dismissed without prejudice. This case stands closed.



09/30/2025
Date

John E. Triplett, Clerk of Court
Clerk

*Jamie Hodge*
(By) Deputy Clerk

GAS Rev 10/2020